IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN ANTHONY, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) No. 08-cv-04359 ) |
| vs. | ) Judge Milton I. Shadur ) |
| FIFTH THIRD BANK, | ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Lance A. Raphael
      Allison Amy Krumhorn
      Stacy Michelle Bardo
      Consumer Advocacy Center
      180 West Washington, Suite 700
      Chicago, IL  60602

     PLEASE TAKE NOTICE that on September 3, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in Courtroom 2303 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present DEFENDANT FIFTH THIRD BANK'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT, a copy of which is attached hereto.

Dated: August 21, 2008                                    Respectfully submitted,

                                                                                                     FIFTH THIRD BANK

                                                                               By   /s/ David R. Lidow
Steven A. Levy                                             One of Its Attorneys
Roger A. Lewis
David R. Lidow
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 21, 2008, he caused a copy of DEFENDANT FIFTH THIRD BANK'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT to be served through the Court's electronic notification system upon the following:

>Lance A. Raphael
>Allison Amy Krumhorn
>Stacy Michelle Bardo
>Consumer Advocacy Center
>180 West Washington, Suite 700
>Chicago, IL  60602

>/s/ David R. Lidow
>David R. Lidow