IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN ANTHONY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 08-cv-04359 |
| vs. | ) ) | Judge Milton I. Shadur |
| FIFTH THIRD BANK, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Defendant Fifth Third Bank, by and through its undersigned counsel, hereby files its Notification of Affiliates – Disclosure Statement, as required by Local Rule 3.2 of the United States District Court for the Northern District of Illinois. Fifth Third Bank states as follows:

Fifth Third Bank, a non-governmental party, is wholly-owned by Fifth Third Financial Corporation, which in turn is wholly-owned by Fifth Third Bancorp, a publicly-held corporation. Cincinnati Insurance Company owns more than 5% of Fifth Third Bancorp.

-2-

Dated: August 21, 2008

                Respectfully submitted,

                FIFTH THIRD BANK


                By  /s/ David R. Lidow
                   One of Its Attorneys

Steven A. Levy
Roger A. Lewis
David R. Lidow
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 21, 2008, he caused a copy of DEFENDANT'S NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT to be served through the Court's electronic notification system upon the following:

> Lance A. Raphael
> Allison Amy Krumhorn
> Stacy Michelle Bardo
> Consumer Advocacy Center
> 180 West Washington, Suite 700
> Chicago, IL  60602

/s/ David R. Lidow
David R. Lidow